### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| **ROBERT BENEFIELD, on behalf of himself and all others similarly situated,** | ) ) ) | CASE NO. 1:17-cv-918 |
| Plaintiff, | ) ) | JUDGE DONALD C. NUGENT |
| vs. | ) ) | **JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION** |
| **SPRINGCO METAL COATINGS, INC.,** | ) ) | **SETTLEMENT AGREEMENT** |
| Defendant. | ) | |

Plaintiff, Robert Benefield ("Representative Plaintiff", "Class Representative", or "Plaintiff"), on behalf of himself and the Class Members and Defendant Springco Metal Coatings, Inc., ("Defendant" or "Springco") respectfully and jointly move the Court to enter a final order approving, as fair, reasonable, and adequate the Settlement of this class action pursuant to Fed. R. Civ. P. 23(e). A proposed Final Order and Judgment is attached as **Exhibit 1**.

It should be noted that the Third-Party Administrator's final costs were less than anticipated. Specifically, it was able to complete the project for approximately $829.59 less than budgeted by the Plaintiff. This has resulted in Plaintiff's requested costs being reduced from $12,606.18 to $11,779.59. The $829.59 savings has thus been redistributed amongst the class and collective members. The final proposed distribution of settlement proceeds to Plaintiff and the Class Members are set forth in the Table of Individual Payments, attached as **Exhibit 2** (filed under seal).

On January 14, 2019, the Parties filed their Joint Motion for Preliminary Approval.  The Court entered its Order Granting Preliminary Approval of Settlement on January 17, 2019.  Based on that Order, the notice process has been completed, and distributions to the Representative

Plaintiff and the Class Members have been calculated. (*See*, Declaration of Christopher Longley, attached as **Exhibit 3**.) The Fairness Hearing is scheduled for April 24, 2019.

The Settlement resolves bona fide disputes involving alleged overtime violations under the Fair Labor Standard Act of 1937 and the Ohio Minimum Fair Wage Standards Act ("OMFWSA"), O.R.C. § 4111.03.  Current and former employees covered by the Settlement consist of Plaintiff and 499 Class Members certified by the Court and defined as:

> All current and former hourly, non-exempt employees of Springco Metal Coatings, Inc. during the period August 13, 2015, to August 13, 2018, who worked more than forty hours in a workweek.

Points and authorities supporting approval of the settlement were submitted by the Parties in their Joint Motion for Preliminary Approval of Settlement.  (Doc. No. 43).  The Parties respectfully supplement that submission with the following information concerning the completion of notice to the Class Members, the results of the notice process, and the amended proposed distributions to Plaintiff and the Class Members set forth in the Table of Individual Payments.

I.      **NOTICE TO SETTLEMENT CLASS MEMBERS WAS COMPLETED**

The Court's Preliminary Approval Order certified the following class pursuant to Fed. R. Civ. P. 23, consisting of:

> All current and former hourly, non-exempt employees of Springco Metal Coatings, Inc. during the period August 13, 2015, to August 13, 2018, who worked more than forty hours in a workweek.

The Court approved the form of the Notice and directed that it be sent to the Class Members by United States mail.  (Doc. No. 44).

The third-party administrator, Atticus Administration, LLC, was provided with a class list, which contained the names and last-known mailing addresses for 500 individuals.[1]  (Longley Dec.,

---

[1] 502 notices were mailed, but two were inadvertently mailed to non-class members.

¶4). On January 31, 2019, Atticus Administration, mailed the Court-approved Notice to the Class Members by first-class mail. (*Id.* at ¶ 4.) One hundred seventeen notices were returned as undeliverable. (*Id.* at ¶5). The third-party administrator took further steps to determine those Class Members' current whereabouts. The third-party administrator then re-mailed Notices to the Class Members. (*Id.* at 4.b). Four-hundred Four total, or 80.78 percent, of the Notices were successfully mailed to the Class Members. (*Id.* at 5).

## II.     THE RESULTS OF THE NOTICE PROCESS FAVOR APPROVAL

The Court-approved Notice gave Eligible Class Members thirty (30) days in which to request exclusion from the Settlement or to object to the Settlement. No Class Member opted out of, or objected to, the Settlement. (*Id.* at ¶6).

## III.    THE TABLE OF INDIVIDUAL PAYMENTS SHOULD BE APPROVED

As explained in the Parties' Preliminary Approval Motion, the Individual Payments to the Representative Plaintiff and Class Members represent a substantial percentage of their claimed damages. (*See* Doc No. 43, pg. 11-12.) Proposed allocations to the Representative Plaintiff and the Class Members were based on each person's overtime damages.

## IV.    CONCLUSION

For the reasons addressed herein and in the Preliminary Approval Motion, the Parties respectfully ask the Court to approve this Settlement and enter the proposed Final Order and Judgment attached as **Exhibit 1**.

Respectfully submitted,


*/s/ Hans A. Nilges*                                                        */s/Richard A. Millisor*

| | |
|---|---|
| Hans A. Nilges (0076017) | Richard A. Millisor (0062883) |
| Shannon M. Draher (0074304) | James M. Patrick (0088026) |
| **Nilges Draher, LLC** | **Fisher & Phillips LLP** |
| 7266 Portage St., N.W., Suite D | 200 Public Square, Suite 4000 |
| Massillon, Ohio  44646 | Cleveland, Ohio  44114 |
| (330) 470-4428 – Telephone | (440) 838-8800 – Telephone |
| (330) 754-1430 – Facsimile | (440) 838-8805 – Facsimile |
| hans@ohlaborlaw.com | rmillsor@fisherphillips.com |
| sdraher@ohlaborlaw.com | jpatrick@fisherphillips.com |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |


## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

*/s/ Hans A. Nilges*
Hans A. Nilges

Counsel for Plaintiff